**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Sheryl Dupre Fogleman
In Proper Person
41147 Hidden Cove Av.
Gonzales LA 70737

**REHEARING ACTION: September 2, 2015**

**Docket Number: 15   00047-CA**

**DOROTHY DESHOTEL DUPRE, ET AL.**
**VERSUS**
**SHERYL DUPRE FOGLEMAN**

**Appealed from St. Landry Parish Case No. 13-C-5661-D**

**<u>BEFORE JUDGES</u>:**

    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sheryl Dupre Fogleman (In Proper Person)** has this day been

    **DENIED.**

cc: Donald Lynn Mayeux, Counsel for the Appellant
   Bruce Achille Gaudin, Counsel for the Appellee